## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR208** |
| vs. | |
| TYLER J. WELSH, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Tyler J. Welsh (Filing No. 23).  James M. Davis has filed an entry of appearance as retained counsel for Tyler J. Welsh.  Therefore, Mary C. Gryva's motion to withdraw (Filing No. 23) will be granted.

Mary C. Gryva shall forthwith provide James M. Davis any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Tyler J. Welsh's defense.

The clerk shall provide a copy of this order to James M. Davis.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge